UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WEN YU ZHU,<br><br>Petitioner,<br><br>v.<br><br>DAVID LESTER, Director, Santa Ana Field Office, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, in his official capacity, *et al.*,<br><br>Respondents. | No. SA CV 19-1361-JLS (JDE)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

1

Having reviewed the Stipulation for Dismissal with Prejudice and good cause appearing thereof:

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED THAT each party shall bear his, her, or its own attorney's fees, costs, and expenses.

DATED: December 4, 2019

                                                JOSEPHINE L. STATON
                                       _____
                                                JOSEPHINE L. STATON
                                       UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Jasmin Yang*
_____
JASMIN YANG
Assistant United States Attorney

Attorneys for Defendants